UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM ABDALLAH,

                    Plaintiff,

          -against-

EXPERIAN INFORMATION SOLUTIONS, INC.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   4/16/2026

24 Civ. 9801 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated March 16, 2026, the Court granted in part Defendant's motion to compel arbitration and stayed the action.  *See* ECF No. 44.  Accordingly, the case management conference currently scheduled for April 27, 2026 is ADJOURNED *sine die*.

          SO ORDERED.

Dated: April 16, 2026
       New York, New York

_____
          ANALISA TORRES
     United States District Judge